IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN VICTOR WERTZ                                        PETITIONER

v.                        No. 5:17-cv-333-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                            RESPONDENT

## JUDGMENT

Wertz's petition is dismissed with prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2021